# IN THE SUPREME COURT OF ALABAMA



December 19, 2025

SC-2025-0461

Ex parte Michael Ellis Wiggins and Rebecca Wiggins Phillips. PETITION FOR WRIT OF MANDAMUS (In re: Michael Ellis Wiggins and Rebecca Wiggins Phillips v. The Estate of Robin Dawn Wiggins, deceased, et al.) (Marshall Circuit Court: CV-24-900220).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

SHAW, J. -- Stewart, C.J., and Wise, Bryan, Sellers, Mendheim, Cook, McCool, and Parker, JJ., concur.

**Witness my hand on December 19, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**